UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CYNTHIA F. BURTHLONG     CIVIL ACTION

VERSUS     NO. 08-4658

MIDLAND FUNDING, L.L.C., ET AL     SECTION "C" (4)

ORDER

IT IS ORDERED that the motion to amend order of dismissal and to sanction plaintiff's counsel filed by Midland Funding, LLC and Eaton Group Attorneys, LLC is DENIED. (Rec. Doc. 139).

New Orleans, Louisiana, this 16th day of March, 2010.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE